IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE            DIVISION
*(Select the Division in which the complaint is filed.)*

---

Timothy Paul Stanke

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Oregon Social Learning Center

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

---

**Complaint for a Civil Case**

Case No. 6:17-cv-00937-TC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Timothy Paul Stanke
   Street Address: W3919 Snow Alley Rd
   City and County: Phillips, Price County
   State and Zip Code: WI 54555
   Telephone Number: (715) 428-2792
   E-mail Address: —None—

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Oregon Social Learning Center
   Job or Title (if known): Supervisor
   Street Address: 2nd St Mc Murphy Blvd
   City and County: Eugene, Lane County
   State and Zip Code: Oregon 97402
   Telephone Number: Unknown
   E-mail Address (if known): Unknown

   Defendant No. 2
   Name:
   Job or Title (if known):
   Street Address:
   City and County:

2

| | |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Slander - defamation - Resulting in_
_Loss of fiance yuki Kumashiro_

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is
   incorporated under the laws of the State of *(name)*
   _____, and has its principal place of
   business in the State of *(name)* _____. *Or* is
   incorporated under the laws of *(foreign nation)*
   _____, and has its principal place of
   business in *(name)* _____.

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

 The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

 _____
 _____
 _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In January 2014 The Supervisor of the Oregon Social Learning Center told my fiancé Yuki Kumashiro 205 Norman Ave Eugene that I was a murderer, this destroyed our engagement to be married, she didn't trust me, And Asked me how many people I killed every time I saw her. Also the TOP C.I.A. official The supervisor of the Learning Center interfered in my Relationship with Yuki until it was destroyed. Also on May 3rd 2017 I went to the Learning Center At Approx 10:10 A.m. to file a Complaint I had prepared, they locked down the building, took pictures of me, And called the Cops And told them I was dangerous, And Harassing people on

over →

5

The property. I was stopped by 2 squad cars on Mc Murphy Blvd as I left, after placeing my complaint in the crack in the door.

The officers told me there was no proof of misconduct on my behalf, and asked me why the learning center was acting like this. I told them the learning center had been over surveillanceing me, and interferring in my engagement to Lane County Social worker Yuki Kumashiro. And I had come to file a complaint. There own security camera's are evidence of my good behavior.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*$1,000,000 total — I lost my Soulmate and future wife Yuki Kumashiro. I have not recovered from the loss and am still in shock, and have not had a girlfriend since. The Learning Center's slanderous accusations against me are ruining my good name. Now everyone thinks I am a murderer.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *6-15*, 20*17*.

Signature of Plaintiff *Timothy Paul Stanke*

Printed Name of Plaintiff *Timothy Paul Stanke*

6

B.  **For Attorneys**

   Date of signing: _____, 20____.

   Signature of Attorney      _____
   Printed Name of Attorney   _____
   Bar Number                 _____
   Name of Law Firm           _____
   Address                    _____
   Telephone Number           _____
   E-mail Address             _____

7